

/s/ James F. Schneider
**JAMES F. SCHNEIDER**
**U. S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| **In re:** * | |
| * | Case No. 13-10657 JFS |
| **THOMAS BLAKE NEIMILLER,** * | |
| A.K.A. TOM NEIMILLER, | (Chapter 7) |
| A.K.A. THOMAS B. NEIMILLER, * | |
| A.K.A. THOMAS NEIMILLER, | |
| * | |
| Debtor, | |

* * * * * * * * * * * * * *

**SUSQUEHANNA BANK**
*

Movant,
*
v.
*
**THOMAS BLAKE NEIMILLER, et al.,**
*

Respondents.
* * * * * * * * * * * * * * *

### ORDER TERMINATING AUTOMATIC STAY
### TO PERMIT FORECLOSURE OF PROPERTY
### (8601 LaSalle Road, Suite 100, Towson, Maryland 21286 and Rents Derived Therefrom)

Upon consideration of the motion seeking relief from the automatic stay of 11 U.S.C. § 362(a) (the "Motion") filed by Susquehanna Bank ("Susquehanna"), and there being no response thereto filed by any of the respondents, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the Motion be and is hereby **GRANTED**; and it is further

1

**ORDERED**, that the automatic stay of 11 U.S.C. § 362(a) be and is hereby terminated as to Susquehanna's interest in that real property owned by the debtor in the above-captioned case commonly known as *8601 LaSalle Road, Suite 100, Towson, Maryland 21286* (the "Property"), so as to allow Susquehanna to foreclose on the Property, as well as collect the rents derived therefrom; and it is further

**ORDERED**, that subsequent to a foreclosure of the Property, the termination of the automatic stay granted herein shall allow any purchaser of the Property to exercise its rights under Md. Rule 14-102; and it is further

**ORDERED**, that in the event the Property is sold at foreclosure by Susquehanna, Susquehanna shall pay excess sale proceeds, if any, into the Debtor's estate; and it is further

**ORDERED**, that this Order shall survive the conversion of the Bankruptcy Case to a case under any other chapter of the Bankruptcy Code.

Cc:   Debtor – Thomas Blake Neimiller,
          a.k.a. Tom Neimiller,
          a.k.a. Thomas B. Neimiller,
          a.k.a. Thomas Neimiller
      Attorney for Debtor – Andrew I. Fury, Esq.
      Attorney for Susquehanna – Stephanie H. Hurley, Esq.
      Chapter 7 Trustee – Joseph J. Bellinger

**END OF ORDER**